**No. 55034.**—Maurice Autier et al. *v.* United States, protests 156586–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55035.**—E. C. Carter & Son et al. *v.* United States, protests 157753–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55036.**—Intercontinental Coordinated Sales Corp. et al. *v.* United States, protests 161379–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1950

**No. 55037.**—D. Aboudi *v.* United States, protests 119169–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of carpets exported from Iran between the dates of December 21, 1939, and September 26, 1941, and that the issue herein is similar in all material respects to that involved in Abstract 54056. In accordance with stipulation and pursuant to the instructions contained in T. D. 51892, the collector was directed to reliquidate the entries, converting the currency of the invoices, Iranian rials, to United States dollars at the rate of $.053475, except as to any carpets which may have been exported with benefit of drawback.

**No. 55038.**—Sam Bondar & Co., Inc., et al. *v.* United States, protests 99687–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55039.**—Nat E. Berzen, Inc. *v.* United States, protests 121974–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.